**Toni S. SENA, Appellant,**

v.

**Charles E. HENSLEY, Respondent.**

**No. WD 49595.**

Missouri Court of Appeals,
Western District.

May 9, 1995.

Nancy A. Beardsley, Blue Springs, for appellant.

James T. Cook, Kansas City, for respondent.

Before SPINDEN, P.J., and ULRICH and LOWENSTEIN, JJ.

**ORDER**

PER CURIAM:

Toni S. Sena appeals from the order modifying the decree of dissolution terminating her marriage with Charles E. Hensley.

The judgment is affirmed. Rule 84.16(b).

---

**Phillip DEMAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49986.**

Missouri Court of Appeals,
Western District.

May 9, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Traci J. Sanders, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and ULRICH and SMART, JJ.

**ORDER**

PER CURIAM:

Phillip Demay appeals the denial of his Rule 29.15 postconviction motion alleging ineffective assistance of trial counsel for failing to file a Writ of Prohibition on the claim that the trial court had lost jurisdiction over the case under the Uniform Mandatory Disposition of Detainers Act, § 217.450 *et seq.*, RSMo 1994.

The denial of the Rule 29.15 motion is affirmed. Rule 84.16(b).